IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYMAN ELANSARI,<br><br>*Pro Se Plaintiff*<br><br>v.<br><br>THE FIRST LIBERTY INSURANCE CORPORATION,<br><br>*Defendant* | Case No. 2:20-cv-05901-JDW |

## ORDER

**AND NOW**, this 6th day of May, 2021, upon consideration of Defendant's Motion to Dismiss (ECF No. 30) and Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 36), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows**:**

1. Defendant's Motion to Dismiss (ECF No. 30) is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 36) is **DENIED**;

3. Plaintiff may file an Amended Complaint, consistent with the analysis in the Court's Memorandum, on or before May 20, 2021.

If Plaintiff does not file an Amended Complaint by the required deadline, then the Court will deem Plaintiff to have elected to stand on his Amended Complaint and will close this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.